PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00024-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| MARQUIS HOOPER AND NATASHA CHALK, | DATE: June 1, 2022 |
| | TIME: 1:00 p.m. |
| Defendants. | JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for June 1, 2022, at 1:00 p.m., may be continued until September 7, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform and wants to discuss potential plea offers in this case. The parties agree that time under the Speedy Trial Act shall be excluded through September 7, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  May 23, 2022         /s/ Michael McKneely
                             MICHAEL MCKNEELY
                             Counsel for Marquis Hooper

Dated:  May 23, 2022         /s/ Meghan McLoughlin
                             MEGHAN MCLOUGHLIN
                             Counsel for Natasha Chalk

Dated:  May 23, 2022         /s/ Joseph Barton
                             JOSEPH BARTON
                             Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARQUIS HOOPER AND NATASHA CHALK, Defendants. | Case No. 1:21-cr-00024-JLT-SKO ORDER |

**<u>ORDER</u>**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for June 1, 2022, at 1:00 p.m., is continued until September 7, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through September 7, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 5/27/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE