HEATHER E. WILLIAMS, CA Bar # 122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
MEGHAN D. MCLOUGHLIN, NY Bar # 5342100
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NATASHA RENEE CHALK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>NATASHA RENEE CHALK,<br><br>  Defendant. | Case No.  1:21-cr-00024-JLT-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney JOSEPH BARTON, counsel for plaintiff, and Assistant Federal Defender CHRISTINA M. CORCORAN, on behalf of MEGHAN D. MCLOUGHLIN, counsel for defendant Natasha Renee Chalk, that Ms. Chalk's conditions of release be modified to permit her to open another cell phone line dedicated to her new business.

On February 3, 2021, Ms. Chalk was granted pretrial release on conditions, including the requirement that she is limited to one smartphone, one iPad, and one computer.  *See* ECF Dkt. # 12, at 2 (condition 7(l)).  According to Ms. Chalk's supervising Pretrial Services Officer, Jessica McConville, Ms. Chalk has demonstrated full compliance with the conditions of her release.  She has also successfully completed school to be an esthetician and will be opening her own business, Gliss LLC, from her home, dedicated to this work.

Ms. McConville supports the proposed modification based on Ms. Chalk's consistently positive performance on supervision, her successful completion of school, and based on Ms. McConville's confirmation of Ms. Chalk's efforts to start her own business. Specifically, Ms. McConville visited the new workspace that Ms. Chalk's has created to devote to her new business. Ms. Chalk will also be providing Ms. McConville with proof of income from the new business once its established. The government has no objection to the modification.

In light of the above, the parties request that condition 7(l) of Ms. Chalk's conditions be modified to permit her to possess another cellular phone, for business purposes. All other previously imposed terms and conditions will remain in full force and effect.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Dated: July 27, 2022                     */s/ Christina M. Corcoran*
                                                CHRISTINA M. CORCORAN
                                                MEGHAN D. MCLOUGHLIN
                                                Assistant Federal Defenders
                                                Attorneys for Defendant
                                                Natasha Renee Chalk


                                                PHILLIP A. TALBERT
                                                United States Attorney

Date: July 27, 2022                     */s/ Joseph Barton*
                                                JOSEPH BARTON
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

# **O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies the Order Setting Conditions of Pretrial Release for Natasha Renee Chalk [Dkt. # 12]. Specifically, the Court will replace the limitation set forth in condition 7(l) with the language, "you are limited to one smart phone for personal use, one smartphone for business use, one iPad, and one computer." All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

DATED: 6/27/22

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Court Judge