PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00024-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| MARQUIS HOOPER AND NATASHA CHALK, | DATE:     September 7, 2022 |
| Defendants. | TIME:     1:00 p.m.<br>JUDGE:   Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel that the Status Conference scheduled for September 7, 2022, at 1:00 p.m., may be

continued until January 18, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The

government has produced discovery to defense counsel.  Defense counsel has further

investigation to perform and wants to discuss potential plea offers in this case.  The parties agree

that time under the Speedy Trial Act shall be excluded through January 18, 2023, in the interests

of justice, including but not limited to, the need for effective defense preparation and defense

investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  August 30, 2022

_/s/ Michael McKneely_
MICHAEL MCKNEELY
Counsel for Marquis Hooper

Dated:  August 30, 2022

_/s/ Meghan McLoughlin_
MEGHAN MCLOUGHLIN
Counsel for Natasha Chalk

Dated:  August 30, 2022

_/s/ Joseph Barton_
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00024-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| MARQUIS HOOPER AND NATASHA CHALK, | |
| Defendants. | |

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 7, 2022, at 1:00 p.m., is continued until January 18, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The period through January 18, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 8/31/2022

_Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE